# EXHIBIT AC

# NOTICE OF MEETING OF MANAGERS

# ETRE FINANCIAL LLC

August 2, 2014

Please take notice that pursuant to the provisions of Section 6.5 (b) of the Operating Agreement of ETRE FINANCIAL, LLC the undersigned, being one of the Managers of the Company, hereby calls a Meeting of the Board on Thursday, August 7th, 2014 at 11:30 AM at the offices of Jacob Frydman, 60 Broad Steet, 34th Floor, New York, NY 10004.

The Meeting shall address the documents sent to the undersigned by the Company and received on August 2, 2014, including:

A proposed operating agreement;
A proposed Agreement of Merger;
A proposed Unit Purchase Agreement;
A proposed term sheet; and
Several proposed actions of the board

and any and all other business as may come before the board.

These documents arrived without any cover letter or other information describing the purpose therefore or the intended transactions. Moreover, these proposed agreements require unanimous consent of the Managers pursuant to the terms of the Operating Agreement of the Company. The undersigned has not been kept informed of the proposed transactions, and has previously advised of his election **not** to support a prior version of these transactions. This meeting is being called so that all board members will be provided with sufficient information about the proposed transactions so that the board, and each board member, may make an informed decision as to whether to support or vote against the proposed transactions.

Section 6.5 (b) provides as follows:

Meetings of the Board or a Board committee shall be held whenever called by at least one (1) Manager. Notice of the day, hour and place of holding of each meeting of the Board or any meeting of a Board committee shall be given to each Manager or committee member by email or any other method under Article 11, at least seventy-two (72) hours before the meeting. Unless otherwise indicated in the notice thereof, any and all business may be transacted at any such meeting. At any meeting at which every Manager or committee member shall be present, even though without any notice, any business may be transacted.

Very truly yours,

Jacob Frydman, Manager