```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   WINTER INVESTORS, LLC, et al.,                     :
                                                      :
                              Plaintiffs,             :    14 Civ. 6852 (KPF)
                                                      :
                   v.                                 :    OPINION AND ORDER
                                                      :
   SCOTT PANZER, et al.,                              :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: January 31, 2017

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Reed Smith LLP's motion to withdraw as counsel to Defendants Eli Verschleiser; EVE, LLC; Sol Mayer, and ETR Investors Holdings LLC. (Dkt. #80-82). Any party wishing to oppose this motion is hereby ordered to respond on or before February 14, 2017. On February 22, 2017, a representative for Reed Smith LLP; representatives for each of the four Defendants it represents; and counsel for any party who opposes its motion to withdraw shall appear for a telephonic conference at 4:00 PM. The representatives and counsel are directed to coordinate among themselves and together call the Court's chambers at (212) 805-0290 at this appointed time.

   SO ORDERED.

Dated:   January 31, 2017
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge