```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    WINTER INVESTORS, LLC, et al.,                    :
                                                      :
                                Plaintiffs,           :   14 Civ. 6852 (KPF)
                                                      :
                       v.                             :   OPINION AND ORDER
                                                      :
    SCOTT PANZER, et al.,                             :
                                                      :
                                Defendants.           :
                                                      :
------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: March 14, 2017

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Reed Smith LLP's motion to withdraw as counsel to Defendants Eli Verschleiser; EVE, LLC; Sol Mayer, and ETR Investors Holdings LLC. (Dkt. #80-82). On April 3, 2017, a representative for Reed Smith LLP; representatives for each of the four Defendants Reed Smith represents; and counsel for any party who opposes Reed Smith's motion to withdraw are hereby ORDERED to appear for a telephonic conference at 2:00 p.m. The representatives and counsel are directed to coordinate among themselves and together call the Court's chambers at (212) 805-0290 at this appointed time.

SO ORDERED.

Dated:   March 14, 2017
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge