**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| WINTER INVESTORS, LLC and JACOB FRYDMAN derivatively on behalf of ETRE FINANCIAL, LLC and on their own behalf with respect to direct claims |
| Plaintiffs, |
| vs. |
| SCOTT PANZER, PAUL FRISCHER, JESSE STEIN, SOL MAYER, ELI VERSCHLIESER, ETRE FINANCIAL, LLC f/k/a ETRE FINANCIAL HOLDINGS, LLC, JS3 ALTERNATIVE INVESTMENTS, LLC, FRISCHER KRANZ INC., SMP REALTY NM, LLC, EVE LLC, ETRE FINANCIAL HOLDINGS, LLC, LH FINANCIAL and ETR INVESTORS HOLDINGS LLC, |
| Defendants, |
| and |
| ETRE FINANCIAL, LLC |
| Nominal Defendant. |

Index No.: 14-cv-6852 (KPF)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK   )

Diana E. Rivera, being duly sworn, deposes and says:

I am not a party to this action; I am over the age of 18 years and reside in Richmond County, New York. On April 5, 2017, I served a true and correct copy of the attached Order on:

Eli Verschleiser
44 Wall Street, Second Floor
New York, New York 10005

EVE, LLC
44 Wall Street, Second Floor

New York, New York 10005

Sol Mayer
5008 Old New Utrecht
Brooklyn, NY 11204

510 Madison Avenue, Suite 1400
New York, New York 10022

ETR Investors Holdings LLC
5008 Old New Utrecht
Brooklyn, NY 11204

510 Madison Avenue, Suite 1400
New York, New York 10022

The above-described documents were served by delivering true copies of same in properly addressed envelopes, to the care and custody of an employee of UPS within the State of New York.

_____
Diana E. Rivera

Sworn to before me this
5th day of April 2017

_____
Notary Public

BETZAIDA TORRES
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01TO6296664
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES 02/10/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
  WINTER INVESTORS, LLC, *et al.*,                    :
                                                      :
                                        Plaintiffs,   :
                                                      :
                          v.                          :
                                                      :
  SCOTT PANZER, *et al.*,                             :
                                                      :
                                        Defendants.   :
                                                      :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  April 3, 2017

14 Civ. 6852 (KPF)

<u>ORDER</u>

KATHERINE POLK FAILLA, District Judge:

      The motion of Reed Smith LLP to withdraw as counsel to Defendants Eli Verschleiser; EVE, LLC; Sol Mayer, and ETR Investors Holdings LLC (Dkt. #80-82), is hereby GRANTED.  The Clerk of Court is directed to terminate the motion pending at docket entry #80.

      As counsel's last act, counsel must serve copies of this Order on Defendants and provide the Court with Defendants' contact information. Defendants are reminded that because only individuals may proceed *pro se*, Defendants that are entities may need to retain replacement counsel when the current stay in this litigation is lifted.

      SO ORDERED.

Dated:    April 3, 2017
          New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge