**SOL MAYER**
5008 Old New Utrecht Road
Brooklyn, New York 11204
Sm5008@outlook.com



SDNY RECEIVED
PRO SE OFFICE

2019 MAY 16 PM 3: 46

S.D. OF N.Y.

May 14, 2019

Pro Se Intake Office
United States District Court
Southern District of New York
40 Foley Square, Room 105
New York, NY 10007
(212) 805-0175

**RE: Winter Investors, LLC et al. v Panzer, et al (14-cv-6852 (KPF))**

Dear Sir and/or Madam:

In response to this Court's order dated May 10, 2019, I write to inform the court that I intend to participate in the upcoming mediation conference. Due to my medical condition, I would respectfully ask the Court for a two (2) week adjournment of the mediation conference, which is currently scheduled for May 21, 2019, or in the alternative (although less preferable given my condition), I ask that the Court allow me to participate in the mediation conference by telephone. I am also in the process of obtaining legal counsel to represent my interests, but at this time, I am not represented.

Respectfully,

Sol Mayer

# FedEx ®

© 2015 FedEx 158396 REV 6/15 Exp:10/17

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:HUSA      (212) 742-7070
SOL MEYER

5008 OLD NEW UTRECHT RD

BROOKLYN, NY 11204
UNITED STATES US

SHIP DATE: 15MAY19
ACTWGT: 0.50 LB
CAD: 100390584/INET4100

BILL SENDER

TO  UNITED STATES DISTRICT COURT
PRO SE INTAKE OFFICE
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE, ROOM 105
NEW YORK NY 10007
(212) 805-0175          REF:
INV:
PO:                          DEPT:



FedEx
Express

E

TRK#  7752 2986 1061
0201

THU - 16 MAY 8:00A
FIRST OVERNIGHT

E1 PCTA

10007
NY-US  EWR





FedEx
Express

FO

Extremely Urgent

FedEx Use   Date _____ Time _____

☐ 1st  ☐ 2nd  ☐ Final

FedEx First Overnight®

151969 REV 7/08 RRD