## LEWIS S. FISCHBEIN, P.C.
ATTORNEY AT LAW
2727 HENRY HUDSON PARKWAY, SUITE 609
RIVERDALE, NEW YORK 10463

TELEPHONE  (914) 772-7491
E-MAIL: LFischbein@wsmblaw.com

June 5, 2019

**By ECF and E-mail (Failla_NYSDChambers@nysd.uscourts.gov)**
Hon. Katherine Polk Failla
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

*RE: Winter Investors, LLC, et al. v. Scott Panzer, et al. Case No. 14-cv-6852*

Dear Judge Failla:

My firm represents co-plaintiff Winter Investors, LLC ("Winter") in this matter.  Pursuant to Your Honor's May 9 Order (Doc. 118) and the May 9 Amended Default Judgment (Doc.127),  I am writing on behalf of Winter and co-plaintiff Jacob Frydman to request an inquest as to damages against defendants Etr Investors Holdings, LLC, Etre Financial, LLC, f/k/a Etre Financial Holdings, LLC, Etre Financial Holdings, LLC and Etre Financial, LLC, against whom the Amended Default Judgment was entered.

Respectfully submitted,

Lewis S. Fischbein

cc:    David Fryman, Esq. (representing defendants Scott Panzer, SMP Realty NM, LLC, Paul
       Frischer, Frischer Kranz, Inc, Jesse Stein, and JS3 Alternative Investments, LLC (by ECF
              and email)
       Sol Mayer, defendant pro se (by ECF and email)
       Eli Verschleiser, defendant pro se (by ECF and email)
       EVE, LLC, defendant, c/o Eli Verschleiser (by email)
       Jacob Frydman, co-plaintiff (by email)