UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                       :
WINTER INVESTORS, LLC, *et al.*,                       :
                                                       :
                         Plaintiffs,                   :        14 Civ. 6852 (KPF) (SDA)
                                                       :
             v.                                        :        <u>AMENDED</u>
                                                       :        <u>ORDER OF REFERENCE</u>
SCOTT PANZER, *et al.*,                                :        <u>TO A MAGISTRATE JUDGE</u>
                                                       :
                         Defendants.                   :
                                                       :
-------------------------------------------------------X

KATHERINE POLK FAILLA, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| \_\_\_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | \_\_\_ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| \_\_\_ | Specific Non-Dispositive Motion/Dispute:<br><br>_____ | \_\_\_ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br><br>_____ |
| \_\_\_ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | \_\_\_ | Habeas Corpus |
| \_\_\_ | Settlement | \_\_\_ | Social Security |
| **X** | Inquest After Default/Damages Hearing | \_\_\_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

The parties are directed to contact the chambers of Magistrate Judge

Steward D. Aaron regarding an inquest as to damages.

SO ORDERED.

Dated:      June 7, 2019
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2