UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Winter Investors, LLC et al.,

                              Plaintiffs,

        -against-

Panzer et al.

                              Defendants.

14-cv-6852

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Asher Gulko, Esq., appears in this action on behalf of defendant EVE, LLC, and requests that all documents required to be served be served upon the undersigned at the office, address, telephone number, and email address stated below.

                                        **GULKO SCHWED LLP**

By:   *Asher Gulko*
        Asher C. Gulko
        44 Wall Street, Second Floor
        New York, NY 10005
        T: (212) 500-1312
        F: (212) 678-0405
        asher@gulkoschwed.com