UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINTER INVESTORS, LLC, *et al.*,

            Plaintiffs,

-v.-

SCOTT PANZER, *et al.*,

            Defendants.

14 Civ. 6852 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On June 5, 2019, following the parties' settlement conference with Magistrate Judge Aaron, Plaintiffs filed a notice of voluntary dismissal against Defendants Paul Frischer, Frischer Kranz Inc., JS3 Alternative Investments, LLC, Scott Panzer, SMP Realty NM, LLC, and Jesse Stein. (Dkt. #130). Prior to that, on May 9, 2019, the Court entered Default Judgment against Defendants Etr Investors Holdings, LLC, Etre Financial, LLC, f/k/a Etre Financial Holdings, LLC, Etre Financial Holdings, LLC and Etre Financial, LLC, (Dkt. #118, 127). On June 7, 2019, the Court referred Plaintiffs to Magistrate Judge Aaron for an inquest as to damages. (Dkt. #132).

The Court now addresses the remaining *pro se* Defendants Eve, LLC; Sol Mayer; and Eli Verschleiser, beginning with the *pro se* corporate Defendant. On May 9, 2019, the Court issued an order reminding Mr. Verschleiser that Defendant Eve, LLC, as a corporation, cannot proceed *pro se*, and directing Eve, LLC to obtain counsel who would enter a notice of appearance on or before June 7, 2019, in order to avoid default. (Dkt. #118). As of June 10, 2019, Eve,

LLC has not complied with the Court's order. The Clerk of Court is hereby ORDERED to enter a default judgment as to Defendant Eve, LLC.

With regards to *pro se* Defendants Sol Mayer and Eli Verschleiser, both individual Defendants recently wrote to the Court asking the Court not to enter default judgments against them, and stating that they planned to participate in the mediation. (Dkt. #117, 119). The parties are hereby ORDERED to submit a joint status update letter on before **June 24, 2019** regarding next steps.

Dated: June 10, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Sol Mayer
5008 Old New Utrecht Rd.
Brooklyn, NY 11204

*A copy of this Order was mailed by Chambers to:*

Eli Verschleiser
44 Wall Street
New York, NY 10005