**ASHER C. GULKO, ESQ.**
44 Wall Street, 2nd Floor
New York, New York 10005
212.500.1312

June 12, 2019

**VIA ECF**

Hon. Katherine Polk Failla
United Sates District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

      **Re: Winter Investors, LLC et al. v. Scott Panzer, et al. (Index No.: 14-cv-6852)**

Dear Judge Failla:

      This letter is in response to Mr. Fischbein's correspondence, dated June 11, 2019 (Document 137).

      Mr. Fischbein's assertion that I appeared on behalf of only Mr. Verschleiser at the May 21, 2019 settlement conference is incorrect. I respectfully refer the Court to the record from the Settlement Conference, which will reflect the fact that appeared for EVE, LLC.

                                      Respectfully Submitted,

                                      */s Asher Gulko*