UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WINTER INVESTORS, LLC, *et al.*,

                              Plaintiffs,           14 Civ. 6852 (KPF)

               v.

SCOTT PANZER, *et al.*,

                              Defendants.

-----------------------------------------------------------x

## CONSENT TO CHANGE OF ATTORNEY

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that The Relkin Law Firm, with offices at 15 Stewart Place, Suite 12D, White Plains, New York 10603, is substituted for the law firm of Lewis S. Fischbein, P.C., as the attorney of record for Plaintiff Winter Investors, LLC in the above-captioned action as of the date hereof, and this substitution is effective immediately without further notice; and

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and by facsimile, and that such facsimile signatures shall be deemed the equivalent of original signatures for purposes of this stipulation.

Dated: New York, NY
         June 14, 2019

| LEWIS S. FISCHBEIN, P.C. | THE RELKIN LAW FIRM |
|---|---|
| By: _____ | By: _____ |
| Lewis S. Fischbein | David Harlow Relkin |
| 2727 Henry Hudson Parkway, Suite 609 | 15 Stewart Place, Suite 12D |
| Bronx, New York 10463 | White Plains, New York 10603 |
| (914) 772-7491 | (212) 244-8722 |
| lfischbein@wsmblaw.com | david@relkinlaw.com |
| *Withdrawing Counsel for Plaintiff Winter Investors, LLC* | *Substituting Counsel for Plaintiff Winter Investors, LLC* |

1

_____
JACOB FRYDMAN
P.O. Box 2008
Hyde Park, New York 12538
(917) 578-3800
jf@frydco.com
*Co-Plaintiff Pro Se*


**Agreement and Acceptance**:

Jacob Frydman hereby declares pursuant to 28 U.S.C. § 1746 as follows:

   1.  I am the manager of Plaintiff Winter Investors, LLC ("Winter").

   2.  On behalf of Winter, I am in agreement with and accept the foregoing Consent to Change of Attorney.

   3.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2019

_____
Jacob Frydman


Dated: June 14, 2019
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE