# David H. Relkin

THE RELKIN LAW FIRM

David@RelkinLaw.com

15 Stewart Place
Suite 12D
White Plains, New York 10603-3841
*T:* 212-244-8722

June 18, 2019

**VIA EMAIL**
Asher Gulko, Esq.
    Counsel for Eve, LLC (via ECF)
Sol Mayer, defendant pro se (via ECF and Email)
Eli Verschleiser, defendant pro se (via ECF and Email)
Jacob Frydman, co-plaintiff (via Email)

    Re: **Winter Investors, LLC v. Panzer, et al. 14-CV-6852 (KPF) (SDA)**

Gentlemen:

    I am counsel for Winter Investors, LLC and I am writing to you on behalf of Winter and co-plaintiff Frydman concerning the scheduling of the Pre-Trial Conference.

    As you know, the Court has requested the parties to confer and agree regarding the preparation of the Pre-Trial Conference Checklist prescribed by the Court's Rules, and, in that connection to agree on scheduling those matters pertinent to the Conference Order, including among other things, deadlines, discovery, motions, completion of factual inquiries and date for the Inquest before the Magistrate. I suggest that this Pre-Trial Conference be scheduled for July 9, 2019.

    Given the substantial issues and damages as well as the fact that some of the defendants have not produced any discovery or been deposed, I suggest that the Final Pre-Trial Conference date be scheduled for the week of August 12, 2019.

    Unless I hear back from you by phone or email by 5:00 p.m. on June 20, 2019, I will assume that you agree with this proposal.

    Sincerely,

    *s/David H. Relkin*

    David H. Relkin

Via ECF and Email:
'Asher Gulko' <Asher@gulkoschwed.com>; 'Solomon Mayer' <sm5008@outlook.com>; Eli Verschleiser <eli.v@eliv.com>; Jacob Frydman Judge J.Stuart D. Aaron: Aaron_NYSDChambers@nysd.uscourts.gov