# David H. Relkin

THE RELKIN LAW FIRM

David@RelkinLaw.com

15 Stewart Place
Suite 12D
White Plains, New York 10603-3841
*T*: 212-244-8722

June 21, 2019

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

      Re:    **Winter Investors, LLC, et al. v. Panzer, et al. 14-CV-6852 (KPF)(SDA)**

Hon. Judge Failla:

      I am incoming counsel for Winter Investors, LLC and I am writing this letter on behalf of Winter and co-plaintiff Jacob Frydman concerning Your Honor's request that the parties submit a Joint Status update letter regarding next steps on or before June 24, 2019 (Letter June 7, 2019, docket #132). (I was substituted as counsel for Winter Investors, LLC on June 17, 2019, and am in no position to submit the update letter Your Honor has requested.)

      In addition, Your Honor's Order of June 10, 2019 (docket #135) referred the parties to contact the Chambers of Magistrate Judge Stewart D. Aaron regarding an Inquest as to damages.

      In furtherance of Your Honor's direction that the parties confer and agree regarding the scheduling of these matters, on June 18, 2019 (docket #143), I wrote to Mr. Gulko (counsel for Eve, LLC), Mr. Solomon Mayer (pro se), and Mr. Eli Verschleiser (pro se) (by email and ECF), the remaining defendants not in default, regarding the scheduling of a Joint Status letter to Your Honor and/or the scheduling of a Conference and Inquest before the Magistrate.

      Mr. Gulko responded that he will be out of his office from July 3 to July 10, 2019, and Mr. Verschleiser responded that he will be out of the Country in Israel from July 15 to August 12, 2019.

      Accordingly, I respectfully request the date to submit a Joint Status letter to Your Honor or to hold a Conference before the Magistrate be adjourned to August 21, 2019. This is my first request for an extension and the defendants appearing (who are not in default) have raised no other issues with these dates.

Hon. Judge Failla
June 21, 2019
Page 2

      In addition, the Inquest involves complex issues and considerable damages. I need a reasonable amount of time to review the file and prepare.

      Based on the foregoing, I respectfully request that Your Honor assent to this schedule and that the Status Letter be adjourned to August 21, 2019, or to refer these matters to the Magistrate for scheduling, supervision and the Inquest.

      Thank you for Your attention to this matter.

                        Respectfully submitted,

                        *s/David H. Relkin*

                        David H. Relkin

Via ECF and Email:
'Asher Gulko' <Asher@gulkoschwed.com>; 'Solomon Mayer' <sm5008@outlook.com>; Eli Verschleiser <eli.v@eliv.com>; Jacob Frydman (by email)

Page | 2