MEMO ENDORSED

# DAVID H. RELKIN

THE RELKIN LAW FIRM

David@RelkinLaw.com

15 Stewart Place
Suite 12D
White Plains, New York 10603-3841
*Phone:* (212) 244-8722

August 22, 2019

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

Re: **Winter Investors, LLC, et al. v. Panzer et al. Case No. 14-CV-6852 (KPF)(SDA)**

Hon. Judge Failla:

I am writing this letter on behalf of Winter Investors, LLC and co-plaintiff Jacob Frydman concerning Your Honor's request that the parties submit a Joint Status update letter regarding the next steps in this matter.

In furtherance of Your Honor's direction that the parties confer and agree regarding the Status, I wrote to the remaining three defendants in this action, Eve, LLC, represented by Mr. Gulko, Solomon Mayer (pro se), and Mr. Eli Verschleiser (pro se) (by email) on Monday, and advised them that, should they have anything to submit to Your Honor that they should advise me on or before 5:00 p.m. yesterday. I received no response.

The status of this action is that there are several Defendants who have defaulted in failing to answer the Complaint in this action, and Judgments on Default have been entered against some of them. Accordingly, absent any other matters which may arise, Winter and Mr. Frydman seek an Inquest to determine damages in this action.

Respectfully submitted,

David H. Relkin, Esq.

David H. Relkin

It is hereby ORDERED that Defendants Eve, LLC, Solomon Mayer, and Eli Verschleiser shall answer or otherwise respond to the Amended Complaint by **September 9, 2019**. Failure to do so will result in default judgments being entered against them.

Dated: August 23, 2019
      New York, New York

SO ORDERED.

*(signature)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

---

*A copy of this Order was mailed by Chambers to:*

Eli Verschleiser
44 Wall Street
New York, NY 10005

---

*A copy of this Order was mailed by Chambers to:*

Sol Mayer
5008 Old New Utrecht Rd.
Brooklyn, NY 11204