

# DAVID H. RELKIN

THE RELKIN LAW FIRM

David@RelkinLaw.com

15 Stewart Place
Suite 12D
White Plains, New York 10603-3841
*Phone:* (212) 244-8722

October 3, 2019

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

      Re: <u>Winter Investors, LLC, et al. v. Panzer et al. Case No. 14-CV-6852 (KPF)(SDA)</u>

Hon. Judge Failla:

      I am writing this letter on behalf of Winter Investors, LLC and co-plaintiff Jacob Frydman concerning Your Honor's Case Management Plan (the Plan) [Dkt. 157].

      Specifically, Your Honor directed Rule 26(a)(1) disclosures by the fourteenth day after the issuance of the Plan, or <u>by October 1, 2019</u>. Due to my observance of the Jewish Holidays on September 30 and October 1, 2019, I was unable to serve those disclosures.

      There is no prejudice involving this request *<u>since the defendants have not complied with this Order in any respect</u>* and had to be repeatedly ordered by Your Honor to file answers to the Complaint years after its commencement.

      Accordingly, I respectfully request Your Honor extend the time for the service of these disclosures to October 7, 2019.

                                    Respectfully submitted,

                                      David H. Relkin, Esq.
*(Digitally signed by David H. Relkin, Esq. DN: cn=David H. Relkin, Esq., o, ou=The Relkin Law Firm, email=David@Relkinlaw.com, c=US Date: 2019.10.04 01:54:05 -04'00')*

                                      David H. Relkin

cc:  'Asher Gulko' <Asher@gulkoschwed.com>;
'Solomon Mayer' <sm5008@outlook.com>;
Eli Verschleiser <eli.v@magenu.org>;
Jacob Frydman (by email)

Application GRANTED.  Plaintiffs Winter Investors, LLC and Jacob Frydman are ordered to serve their Rule 26(a)(1) disclosures by **October 7, 2019.**  No further extensions will be granted.

Dated: October 4, 2019
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Jacob Frydman
46 Ledgerock Lane
Hyde Park, NY 12538