AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| WINTER INVESTORS, LLC, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   14 Civ. 6852 (KPF) |
| SCOTT PANZER, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Winter Investors, LLC

Date:   02/13/2020

*Attorney's signature*

David C. Wrobel (DW 5242)
*Printed name and bar number*

Wrobel Markham LLP
360 Lexington Avenue, Suite 1502
New York, New York 10017
*Address*

wrobel@wmlawny.com
*E-mail address*

(212) 421-8100
*Telephone number*

(212) 421-8170
*FAX number*