AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WINTER INVESTORS, LLC, et al., <br> *Plaintiff* <br> v. <br> SCOTT PANZER, et al., <br> *Defendant* | ) ) ) ) ) Case No. 14 Civ. 6852 (KPF) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Winter Investors, LLC

Date:   02/13/2020

*Attorney's signature*

Jodie Gerard (5219134)
*Printed name and bar number*

Wrobel Markham LLP
360 Lexington Avenue, Suite 1502
New York, New York 10017
*Address*

gerard@wmlawny.com
*E-mail address*

(212) 421-8100
*Telephone number*

(212) 421-8170
*FAX number*