UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| WINTER INVESTORS, LLC, *et al.*, | |
|---|---|
| Plaintiffs, | 14 Civ. 6852 (KPF) |
| -v.- | ORDER |
| SCOTT PANZER, *et al.*, | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

The Court held a conference on February 14, 2020, at 11:00 a.m. in which new counsel, Jodie Gerard, of Wrobel Markham LLP, appeared on behalf of Plaintiff Winter Investors, LLC; Asher Gulko appeared on behalf of Defendants Eve, LLC and Eli Verschleiser; and David Fryman appeared on behalf of Defendants Scott Panzer, Paul Frischer, Jesse Stein, Sol Mayer, JS3 Alternative Investments, LLC, Frischer Kranz Inc., and SMP Realty NM, LLC. Despite attempting to reach David Relkin, counsel for Winter Investors, the Court was unable to reach him by phone to participate in the conference.

As discussed at the conference, Jodie Gerard, new counsel for Winter Investors is hereby ORDERED to submit a letter to the Court, on or before, **February 21, 2020**, with a new proposed discovery schedule for this case, and explaining whether she and her firm will be representing Plaintiff Jacob Frydman. David Relkin is ORDERED to assist Gerard and any other new counsel joining this case on behalf of Winter Investors and/or Frydman to ensure a smooth transition of counsel.

SO ORDERED.

Dated: February 14, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Jacob Frydman
46 Ledgerock Lane
Hyde Park, NY 12538
```

*A copy of this Order was mailed by Chambers to:*

```
Eli Verschleiser
3501 Avenue T
Brooklyn, NY 11234
```