UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

WINTER INVESTORS, LLC, *et al*,

               Plaintiffs,

-v.-

SCOTT PANZER, *et al*,

               Defendants.

14 Civ. 6852 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiffs Winter Investors, LLC and Jacob Frydman's proposed order for the substitution of counsel. (Dkt. #176). This case has been open since August 22, 2014 (Dkt. #1), and the parties have had several issues with discovery. Immediately before the Court's most recent pretrial conference in this case, on February 24, 2019, counsel David C. Wrobel and Jodie Gerard entered a notice of appearance on the record. (Dkt. #160-161, 163). At that conference, new counsel for Plaintiffs stated that they would need some time to get up to speed on the case and engage in discovery. (Dkt. #163). The Court permitted Plaintiffs to substitute counsel and entered a revised case management plan. (Dkt. #169, 170). On June 4, 2020, the Court then granted the parties a two-month extension of the deadlines to complete discovery, and noted that the Court would not grant further extensions. (Dkt. #174). Accordingly, fact discovery is scheduled to close on August 15, 2020, expert discovery is scheduled to close on September 8, 2020, and the next pretrial conference is scheduled for August 27, 2020, at 2:00 p.m. (*Id.*).

Given the Court's long history with this case and Plaintiff's revolving counsel issue, the Court will not endorse the parties proposed order to substitute Plaintiff's counsel without a representation from incoming counsel that substitution will not impact the current discovery deadlines.

SO ORDERED.

Dated:   June 24, 2020
         New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*
```
Eli Verschleiser
3501 Avenue T
Brooklyn, NY 11234

and by email at eli.v@magenu.org
```