UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINTER INVESTORS, LLC, *et al*, <br><br> Plaintiffs, <br><br> -v.- <br><br> SCOTT PANZER, *et al*, <br><br> Defendants. | 14 Civ. 6852 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court previously held a pretrial conference in this matter on September 2, 2020. During that conference, the Court ordered both parties to produce additional discovery material and submit to forensic investigation of specified computers. The parties are hereby ORDERED to submit a joint letter, on or before **December 4, 2020**, notifying the Court of the status of the production and forensic investigations. The parties should also discuss any remaining discovery disputes or other issues requiring the Court's attention, as well as anticipated next steps in these proceedings.

SO ORDERED.

Dated:   November 17, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge