UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINTER INVESTORS, LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>    -v.-<br><br>SCOTT PANZER, *et al.*,<br><br>                    Defendants. | 14 Civ. 6852 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a letter dated June 14, 2021, from Andrew Hayes, counsel for Plaintiffs Winter Investors, LLC, and Jacob Frydman, requesting that he be relieved as counsel due to a non-waivable conflict. The Court will hold a conference on this matter on **June 30, 2021, at 3:30 p.m.** The Court requires the presence of Mr. Hayes, Mr. Frydman, defense counsel Asher Gulko, defendant Eli Verschleiser, and defense counsel David Fryman. The conference will proceed by video. Access instructions will be provided to the parties in advance of the conference.

      SO ORDERED.

Dated:    June 15, 2021
             New York, New York

                                                           KATHERINE POLK FAILLA
                                                           United States District Judge